Elizabeth Zareh, Esq. (SBN#: 182871)
Zareh & Associates
75 Broadway, Suite 202
San Francisco, California 94111
Telephone (415) 830-3031
Facsimile (415) 830-3031
Email: elizabeth@zarehassociates.com

ALI R. YOUSEFI (SBN#: 282260)
75 Broadway Street, Suite 202
San Francisco, CA 94111
Telephone: (858) 414-2200
Facsimile: (916) 200-0868
E-Mail: AYousefiLaw@gmail.com

Attorney for Plaintiff
Nathan Paul Barnes

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN PAUL BARNES,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SACRAMENTO COUNTY, SCOTT JONES, individually and DOES 1-20, individually, INCLUSIVE,<br><br>　　　　Defendants. | Case No.  2:21-cv-00323-TLN-DB<br><br>**STIPULATION AND ORDER TO FILE FIRST AMENDED COMPALINT**<br><br>**[L.R. 143 and 144]** |

　　　Pursuant to Federal Rule of Civil Procedure 6 and Local Rules 143(a)(1) and 144(a), the parties, by and through their attorneys of record, and subject to approval of this court, hereby stipulate as follows:

　　　WHEREAS, plaintiff Nathan Barnes filed his complaint in this action on February 19, 2021;

　　　WHEREAS, Defendant County of Sacramento was served with the complaint on February 23, 2021;

1

WHEREAS, no other defendant has been served with the complaint;

WHEREAS, Defendant Scott Jones, sued only in his individual capacity, agreed to waive service of the complaint;

WHEREAS, a response to the complaint is now due on April 27, 2021;

WHEREAS the parties met and conferred regarding the allegations in the Compliant. Defendants raised number of legal issues with regards to the Complaint filed and Plaintiff agreed to address the issues raised and file the First Amended Complaint.

WHEREAS, this request is not being made for the purpose of delay, or any other improper purpose; and

THEREFORE, the parties hereby stipulate, by and through their counsel of record and subject to the approval of this court, as follows:

Plaintiff Nathan Barns shall file the First Amended Complaint within 5 days of issuance of this order.

Defendants' response to the First Amended Complaint is due under the Rules.

IT IS SO STIPULATED.

Dated: April 19, 2021                    **ZAREH & ASSOCIATES**

                                         */s/ Elizabeth Zareh*
                                    By: _____
                                         Elizabeth Zareh, Esq.
                                         *Attorney for Plaintiff Nathan Barnes*

Dated: April 19, 2021                    **LONGYEAR & LAVRA, LLP**

                                         */s/ Amanda L. McDermott*
                                    By: _____
                                         Van Longyear
                                         Amanda L. McDermott
                                         Attorneys for Defendant,
                                         County of Sacramento and Scott Jones

**ORDER**

Pursuant to stipulation of the parties, and good cause appearing, Plaintiff Nathan Barns shall file the First Amended Complaint within 5 days of issuance of this order. Defendants responses are due pursuant to the Federal Rules of Civil Procedure.

**IT IS SO ORDERED**.

Dated:  April 19, 2021

Troy L. Nunley
United States District Judge