Elizabeth Zareh, Esq. (SBN#: 182871)
Zareh & Associates
75 Broadway, Suite 202
San Francisco, California 94111
Telephone (415) 830-3031
Facsimile (415) 830-3031
Email: elizabeth@zarehassociates.com

ALI R. YOUSEFI (SBN#: 282260)
75 Broadway Street, Suite 202
San Francisco, CA 94111
Telephone: (858) 414-2200
Facsimile: (916) 200-0868
E-Mail: AYousefiLaw@gmail.com

Attorney for Plaintiff
Nathan Paul Barnes

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN PAUL BARNES,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SACRAMENTO COUNTY, SCOTT JONES, individually and DOES 1-20, individually, INCLUSIVE,<br><br>　　　　Defendants. | Case No.  2:21-cv-00323-TLN-DB<br><br>**STIPULATION AND ORDER TO CONTINUE THE DEADLINES AND HEARING SET FOR MOTION FOR SUMMARY JUDGMENT** |

THE PARTIES STIPULATE TO THE FOLLOWING:

1. On June 29, 2022, Defendants filed their motion for summary judgment.

2. The hearing for the said motion is set for August 11, 2022 at 2:00 pm before the Honorable Troy Nunley.

3. Under the Rule Plaintiff's opposition is due two weeks after the filing of the motion on July 13, 2022. Plaintiff needs additional time to respond, and the parties agreed to:

    Plaintiff's Opposition is due on July 27, 2022

    Defendant's reply is due on August 10, 2022

    Hearing date to be continued to September 22, 2022, at 2:00 pm.

4. IT IS SO STIPULTED.

Dated: July 6, 2022                  **ZAREH & ASSOCIATES**

                                        */s/ Elizabeth Zareh*
By: _____
    Elizabeth Zareh, Esq.
    *Attorney for Plaintiff Nathan Barnes*

Dated: July 6, 2022                  LONGYEAR & LAVRA, LLP

                                          */s/ Gigi Knudtson*
By_____
Gigi Knudtson, Esq.
Attorney for defendants

# ORDER

Good cause appearing. Hearing on Defendants motion for summary judgment is continued to September 22, 2022 and the briefing schedule is modified to:

    Plaintiff's Opposition is due on July 27, 2022

    Defendant's reply is due on August 10, 2022

    Hearing date to be continued to September 22, 2022, at 2:00 pm.

**IT IS SO ORDERED.**

Dated: July 7, 2022

                                        Troy L. Nunley
                                        United States District Judge